450 A.2d 208

Commonwealth v. Huff, Appellant.

Submitted April 22, 1982. William F. Ochs, Jr., Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.